UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN THE MATTER OF ) <br> ) <br> SUMMIT TRUCKING, LLC ) <br> ) <br> ) <br> Debtor(s) ) <br> ) | CASE NO. 09-90631-BHL-11 <br> <u>Chapter 11</u> |

### **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2010, a copy of the foregoing Motion to Withdraw Electronic Filing and proposed Order were filed electronically. Notice of these filings will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Terry Hall
terry.hall@bakerd.com

Charles Wharton
Charles.R.Wharton@usdoj.gov

Christine K. Jacobson
cjacobson@katzkorin.com

I further certify that on September 22, 2010, a copy of the foregoing Motion to Withdraw Electronic Filing and proposed Order were mailed by first-class U.S. Mail, postage pre-paid and properly addressed, to the following:

Terry E. Hall
Baker & Daniels
300 N. Meridian St., Ste. 2700
Indianapolis, IN 46204

Charles Wharton
Office of the U.S. Trustee
101 W. Ohio St., Ste. 1000
Indianapolis, IN 46204

Christine K. Jacobson
Katz & Korin
334 N. Senate Ave.
Indianapolis, IN  46204

DATED on September 22, 2010